

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-20-00278-CV

Israel Jesus **CEDILLO**,
Appellant

v.

Donna Lynn **MANN**,
Appellee

From the County Court, Gillespie County, Texas
Trial Court No. 16108CCL
Honorable Mark Stroeher, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the trial court's February 25, 2020 Final Decree of Divorce is REVERSED, and the case is REMANDED to the trial court for further proceedings consistent with this judgment.

We FIND that good cause exists under Texas Rule of Appellate Procedure 43.4 and ORDER that costs of court are taxed against the party that incurred them.

SIGNED August 11, 2021.

Beth Watkins, Justice